IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

LUIS A. CALVILLO CARDENAS                                                                  PLAINTIFF

     v.                                    Civil No. 13-5223

DEPUTY CURZIK; and THOMAS
MUGGY, Both employed at the
Washington County Detention Center and
Sued in their Official and Individual Capacities                                          DEFENDANTS

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Plaintiff filed this civil rights case pursuant to 42 U.S.C. § 1983. He proceeds *pro se* and *in forma pauperis*.

When he filed this case, Plaintiff was specifically advised (Doc. 3) that he was required to immediately inform the Court of any change of address. He was further advised that failure to inform the Court of an address change might result in the dismissal of this case.

Plaintiff was in the Washington County Detention Center when he filed this case. On January 3, 2014, mail was returned to this Court as undeliverable. Plaintiff was no longer at the detention center.

Plaintiff has not provided the Court with his new address. He has not filed anything with the Court since October 4, 2013. No other address is available for the Plaintiff.

I therefore recommend that this case be dismissed with prejudice based on the Plaintiff's failure to prosecute this action and his failure to obey the order of the Court. Fed. R. Civ. P. 41(b).

**The Plaintiff has fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The Plaintiff is**

**reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 21st day of February 2014.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE