```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   FAYETTEVILLE DIVISION
```

LUIS A. CALVILLO CARDENAS                                    PLAINTIFF

         v.              Civil No. 13-5223

DEPUTY CURZIK; and THOMAS MUGGY,
Both Employed at the Washington
County Detention Center and Sued
in their Official and Individual
Capacities                                                  DEFENDANTS

### O R D E R

Now on this 13th day of March 2014, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (document #6), filed on February 21, 2014, to which no objections have been filed. The Court has reviewed the Report and Recommendation and, being well and sufficiently advised, finds that it is proper and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Report and Recommendation of the Magistrate Judge** (document #6) is **adopted *in toto***.

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, this case is hereby **dismissed with prejudice.**

**IT IS SO ORDERED.**

                                                 /s/ Jimm Larry Hendren
                                                 JIMM LARRY HENDREN
                                                 UNITED STATES DISTRICT JUDGE